**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| KERIUM ALLEN GARRICK, SR., | : | No. 207 EAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| CITY OF PHILA/PHILADELPHIA PRISON SYSTEM - CFCF/PICC PROBATION OFFICER TABITHA HATCHER, | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.